

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Daniel James Aguilar<br><br>Defendant. | Case No. 18-mj-0495<br><br>**ORDER OF DETENTION AFTER HEARING**<br>[Fed.R.Crim.P. 32.1(A)(6);<br>18 U.S.C. § 3143(A)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  District of Arizona for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Defendant

1 _failed to appear for substance abuse counseling. Proposed_
2 _sureties to do not present clear and convincing evidence_
3 _that there is no risk of flight._

4 and/or

5 B.  ☒   The defendant has not met his/her burden of establishing by clear and
6 convincing evidence that he/she is not likely to pose a danger to the safety of
7 any other person or the community if released under 18 U.S.C. § 3142(b) or
8 (c). This finding is based on: _Defendant is using illegal drugs (marijuana)_
9 _and has been charged with public ~~fight~~ fighting. He_
10 _also has a history of prior arrests. Proposed sureties_
11 _are not sufficient to address this risk of danger to others._

13 IT THEREFORE IS ORDERED that the defendant be detained pending the
14 further revocation proceedings.

16 Dated: _3/5/2018_

_/s/ Alexander F. MacKinnon_
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE

2